IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00426-MSK-PAC

INGEBORG ENDAHL,

      Plaintiff,

v.

VINNELL CORPORATION,
TRW INC.,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Unopposed Motion to Dismiss" **(#89)** filed March 14, 2007. The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 14th day of March, 2007

                                    **BY THE COURT:**

                                    *[signature]*

                                    Marcia S. Krieger
                                    United States District Judge